**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
_____

**SPECIALTY TAPES MANUFACTURING LLC,**
                              **Plaintiff,**

**v.**                                          **Case No. 14-cv-0508**

**MEGATRUX INC.,**
**and VALUE TRANSPORT OF ARIZONA LLC,**
                              **Defendant.**
_____

## <u>DECISION AND ORDER</u>

Plaintiff filed the present action pursuant to the Carmack Amendment, 49 U.S.C. § 14706, and related state law claims. Plaintiff alleges that it contracted with defendants to transport a regenerative thermal oxidizer ("oxidizer") from California to Wisconsin, and that defendants failed to take due care and proper precautions while transporting the oxidizer resulting in irreparable damage. Plaintiff has served both defendants with the summons and complaint, but neither defendant has answered or otherwise defended. The clerk entered default as to both defendants on June 6, 2014, and plaintiff has requested default judgment in the amount of $239,713.42 jointly and severally against defendants and pre- and post- judgment interest on that amount. Plaintiff has submitted affidavits and other materials showing that it is entitled to a default judgment in that amount. Pre-judgment interest is available under the Carmack Amendment from the date of the loss. *Am. Nat. Fire Ins. Co. ex rel. Tabacalera Contreras Cigar Co. v. Yellow Freight Systems, Inc.*, 325 F.3d 924, 935 (7th Cir. 2003). Post-judgment interest is available in any federal civil case from the date of the entry of judgment. 28 U.S.C. § 1961.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for default judgment (ECF No. 9) is **GRANTED**. The clerk shall enter final judgment in favor of plaintiff and against defendants jointly and severally in the amount of $239.713.42, to include pre- and post-judgment interest.

Dated at Milwaukee, Wisconsin, this 9th day of September, 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Court Judge